UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

SHAFTO'S GREENHOUSE AND NURSERY, IN

Case No. 06-21598 DSO
Chapter 7
HON. DANIEL S. OPPERMAN

_____/
Debtor(s).

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Pell Greenhouses, Inc. | 5 | $248.21 |
| | **TOTAL** | **$248.21** |

Dated: August 25, 2009

/s/ DANIEL C. HIMMELSPACH
DANIEL C. HIMMELSPACH, Trustee
916 Washington, Ste. 305
Bay City, MI 48708
Tel: (989) 892-0400
trusteehimmelspach@sbcglobal.net